UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOCETT Z. VILLANUEVA,<br><br>　　　　Defendant. | Case No. 19-cv-03633-WHO<br><br>**ORDER TO SHOW CAUSE RE GENERAL ORDER 56 REQUIREMENTS** |

There is no evidence in the docket that the parties have complied with the site visit, mediation, and settlement meeting requirements of General Order 56. *See* https://cand.uscourts.gov/rules/general-orders/

On or before **February 13, 2020**, the parties shall file a Joint Status Report informing the Court of when the site visit took place, the status of mediation or settlement, or whether the parties have in fact complied with the requirements of General Order 56 but nonetheless require a Case Management Conference.

Failure to file the Joint Status Report may result in this case being dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: January 31, 2020

William H. Orrick
United States District Judge