UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOCETT Z. VILLANUEVA,<br><br>　　　　　Defendant. | Case No.  19-cv-03633-WHO<br><br>**SECOND ORDER TO SHOW CAUSE RE: COMPLIANCE WITH GENERAL ORDER 56**<br><br>Re: Dkt. No. 19 |

　　　On January 31, 2020, I ordered the parties to file a joint status report by February 13, 2020 on compliance with General Order 56.  Dkt. No. 19.  No joint status report has been filed to date.

　　　The parties are HEREBY ORDERED file a joint status report by **August 24, 2020**.  Failure to file a joint status report by that date will result in this case being dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

　　　**IT IS SO ORDERED.**

Dated: August 5, 2020



William H. Orrick
United States District Judge